IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: GEORGE E. COLLINS | § | CASE NO. 05-95149-H1-13 |
| Debtor | § | (Chapter 13) |

CHAPTER 13 TRUSTEE'S EXHIBIT LIST (#10)

COMES NOW DANIEL E. O'CONNELL, CHAPTER 13 TRUSTEE by his attorney and respectfully files this Exhibit List for the hearing on Debtor's Motion for Continuation of Automatic Stay set for December 8, 2005 at 1:30 p.m.

Respectfully submitted,

/s/ H. Gray Burks IV
H. GRAY BURKS IV
State Bar No. 03418320
**Attorney for Daniel E. O'Connell,
Chapter 13 Trustee**

LAW OFFICE OF H. GRAY BURKS IV
9601 Katy Freeway, Suite 450
Houston, Texas  77024
(713) 932-6531
(713) 932-6534 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify under penalties of perjury that on December 6, 2005 a true and correct copy of the foregoing Exhibit List was served via facsimile and email on Kelly M. Kowis at 713-965-9048 and kkowis @kowislaw.com.

/s/ H. Gray Burks IV
H. GRAY BURKS IV

Collins, 05-95149-H1-13;
December 8, 2005, 1:30 p.m.

**CHAPTER 13 TRUSTEE'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | ADMIT OR DENY |
|---|---|---|
| A1 | Docket Sheet with Claim Registry #05-40065 (B 6/30/05 - D 10/12/05) | |
| A2 | Docket Sheet with Claim Registry #05-95149 (B 11/10/05) | |
| B | Trustee's Receipts Ledger #05-40065 | |
| B1 | Trustee's Receipts Ledger #05-95149 | |
| C | Trustee's Motion to Dismiss #05-40065 | |