IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ' | BANKRUPTCY CASE NO. |
| | ' | 05-95149 |
| GEORGE E. COLLINS, | ' | |
|     DEBTOR | ' | Chapter 13 |

### DEBTOR'S WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

    **COMES NOW, GEORGE E. COLLINS**, Debtor in the above styled and numbered bankruptcy proceeding and, respectfully files this Witness List for the hearing on Debtor's Motion for Continuation of Automatic Stay set for December 8, 2005 at 1:30 p.m.

                            Respectfully Submitted,
                            **KOWIS & PINAK**

                            /s/ Kelly M. Kowis
                            KELLY M. KOWIS
                            Texas State Bar No. 90001781
                            3555 Timmons Lane, Suite 610
                            Houston, Texas 77027
                            Telephone:  (713) 965-9000
                            Facsimile:   (713) 965-9048

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Exhibit List for the Motion for Continuation of the Automatic Stay, was forwarded to the Chapter 13 Trustee, Counsel for the Chapter 13 Trustee (at grayatty@aol.com), U. S. Trustee, all parties requesting notice, and those entities listed below, via electronic mail, facsimile, hand delivery, or first class mail, postage pre-paid, on this the 7th day of December, 2005.

Attorney General
PO Box 12548
Austin, TX 78711-2548

Internal Revenue Service

Collins, 05-95149-H1-13
December 8, 2005, 1:30 p.m.

Special Procedures Branch
1919 Smith St.
STOP 5024 HOU
Houston, TX 77002

Paul Bettencourt
Harris County Tax Assessor-Collector
PO Box 4576
Houston, TX 77210-4576

US Trustee
Richard W. Simmons
515 Rusk, STE 3516
Houston, TX 77002

Americredit
801 Cherry St Ste 3900
Fort Worth, TX 76102

Laura Richardson
231 Ferguson Way
Pointblank, TX 77364

Jerry Lee Bryan, II (Courtesy copy)
attorney for Laura Richardson
P.O. Box 66036
Houston, TX 77266-6037

/s/ Kelly M. Kowis
KELLY M. KOWIS

Collins, 05-95149-H1-13
December 8, 2005, 1:30 p.m.

## DEBTOR'S WITNESS LIST

| WITNESS NUMBER | WITNESS NAME |
|---|---|
| 1. | Mr. George Collins |
|  |  |
|  |  |
|  |  |