IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GEORGE E COLLINS | § | CASE NO: 05-95149 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

### ORDER DENYING MOTION FOR CONTINUATION OF STAY

For the reasons stated on the record, the Debtor's motion to continue the automatic stay [docket no. 10] pursuant to 11 U.S.C. § 362(c)(3)(B) is denied.

SIGNED 12/08/2005.

MARVIN ISGUR
United States Bankruptcy Judge